NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RUDOLPH RESENDEZ, JR.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5039

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-532, Judge Charles F. Lettow.

---

## ON MOTION

---

## ORDER

Rudolph Resendez, Jr. having not paid the docketing fee or filed the appropriate motion and declaration for leave to proceed in forma pauperis,

IT IS ORDERED THAT:

This appeal is dismissed for failure to prosecute. Any pending motions are denied as moot.

FOR THE COURT

**MAR 1 4 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Rudolph Resendez, Jr.
     John S. Groat, Esq.

s21

**FILED**
**·U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAR 1 4 2011**

**JAN HORBALY**
**CLERK**